UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. William H. Walls, U.S.D.J. |
| v. | : Crim. No. 03-853 (WHW) |
| MANUEL ANTONIO ORTIZ | : CONTINUANCE ORDER |

This matter having been opened to the Court by defendant Manuel Antonio Ortiz (Stephen Turano, Esq., appearing), and Christopher J. Christie, United States Attorney for the District of New Jersey (Dennis C. Carletta, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter for sixty days, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The parties have executed a plea agreement. The successful entry of this plea would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance in order to permit sufficient time to schedule the guilty plea hearing.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a

1

speedy trial.

WHEREFORE, it is on this ___ day of _____ 2008,

ORDERED that the proceedings in the above-captioned matter are continued from March 21, 2008, through May 21, 2008;

IT IS FURTHER ORDERED that the period between March 21, 2008, through May 21, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE WILLIAM H. WALLS
United States District Judge

Requested and Agreed to by:

Dennis C. Carletta
Assistant U.S. Attorney

Stephen Turano, Esq.
Attorney for Defendant

2